# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MITCHELL DURELL WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CAPTAIN JULIUS COX; LT. LARRY BYRD; ARNITA STEWART; and COLQUITT COUNTY JAIL,<br><br>    Defendants. | Civil Action 7:10-CV-144 (HL) |

## ORDER

The Recommendation (Doc. 4) of United States Magistrate Judge Thomas Q. Langstaff, entered December 9, 2010, is before the Court. The Magistrate Judge recommends that Defendants Colquitt County Jail and Julius Cox be dismissed from this case.

Plaintiff has not filed an objection to the Recommendation. Instead, he has filed a response in which he states that there is a mistake on page three of the Recommendation with regard to the prescription medications he was receiving. As Plaintiff has not objected to the recommendation to dismiss Defendants Colquitt County Jail and Julius Cox, the Court will review the Recommendation for clear error.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts and adopts the Recommendation (Doc. 4). Defendants Colquitt County Jail and Julius Cox are

dismissed from this action. The case will proceed against Defendants Byrd and Stewart.

**SO ORDERED**, this the 12th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh